IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ADAMS OUTDOOR ADVERTISING
LIMITED PARTNERSHIP,

    Plaintiff,                                      Case No. 22-cv-51-jdp

    v.

CITY OF MIDDLETON, MARK OPITZ,
and ABBY ATTOUN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants City of Middleton, Mark Optiz and Abby Attoun against plaintiff Adams Outdoor Advertising Limited Partnership dismissing this case.

    /s/ Deputy Clerk                               June 8, 2023
Joel Turner, Clerk of Court                   Date